Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

JUN - 1 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 6:16-CR-19-HAI
30 U.S.C. § 820 (c) & (d)

ANTHONY TYLER CORNETT

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

## INRODUCTION

1. At all times material hereto, Commonwealth Mining, LLC, was engaged in the business of operating a coal mine in Kentucky subject to the Federal Mine Safety and Health Act of 1977, Title 30, United States Code, Section 801 *et seq.* (hereinafter "the Mine Safety Act").

2. At all times material hereto, Commonwealth Mining, LLC, was the operator of the Tinsley Branch Mine, a surface coal mine located near Pineville, Kentucky, in Bell County, within the Eastern District of Kentucky, subject to the Mine Safety Act because its products affected interstate commerce.

3. At all times material hereto, **ANTHONY TYLER CORNETT** was a Highwall Foreperson employed by Commonwealth Mining, LLC.

4. At all times material hereto, Title 30, Code of Federal Regulations, Section 77.1502, a mandatory safety standard, was in effect and required that no person shall be

permitted to enter an auger hole except with the approval of the MSHA Coal Mine Safety and Health District Manager of the district in which the mine is located and under such conditions as may be prescribed by such managers.

5. On or about October 7, 2014, **CORNETT** was working at Tinsley Branch Mine as a Daytime Foreperson. On that date, **CORNETT** was operating a highwall mining machine and supervising Forklift Operator Justin Mize.

6. Also on October 7, 2014, **CORNETT** knowingly and willfully permitted Mize to crawl 37 feet into an unsupported auger hole in order to retrieve a cutter head chain that had broken off the highwall mining machine. At that point, a large section of rock fell from the roof, fatally striking Mize.

7. This introduction is realleged and incorporated by reference into Count 1 of this Information.

## COUNT 1

On or about October 7, 2014, in Bell County, in the Eastern District of Kentucky,

**ANTHONY TYLER CORNETT,**

Highwall Foreperson for Commonwealth Mining, LLC, did willfully violate a mandatory safety standard in that he did knowingly permit a person, that is, Justin Mize, to enter an auger hole without the approval of the MSHA Coal Mine Safety and Health District Manager of the district in which the mine is located and under such conditions as may be prescribed by such managers, which is prescribed by Title 30, Code of Federal

Regulations, Section 77.1502; all in violation of Title 30, United States Code, Sections 820(c) and (d).

 

*/s/ Kerry B. Harvey*
**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 1 year of imprisonment, $250,000 fine, and 1 year supervised release.

**PLUS:** Mandatory special assessment of $25.

**PLUS:** Restitution, if applicable.